**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**RODERICK SIMPSON,**                                                     **PETITIONER**

**v.**                                    **No. 2:04CV317-P-B**

**DONALD CABANA, ET AL.**                                      **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** for want of subject matter jurisdiction.

**SO ORDERED,** this the 1st day of June 2005.

                                                                /s/ W. Allen Pepper, Jr.
                                                                W. ALLEN PEPPER, JR.
                                                                UNITED STATES DISTRICT JUDGE